

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2014

No. 04-13-00239-CV

**LAW OFFICE OF OSCAR C. GONZALEZ, INC**. and Oscar Gonzalez,
Appellants

v.

Isabel **SLOAN**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-14280
Honorable Larry Noll, Judge Presiding

## O R D E R

The Appellee's Motion to Reset Oral Argument is GRANTED. The above cause has been reset for submission and oral argument on March 26, 2014 at 9:00 AM, before a panel consisting of Chief Justice Stone, Justice Marion, and Justice Martinez. The oral argument will be held at the Fourth Court of Appeals instead of St. Mary's University Law School.

It is so ORDERED on this 7th day of February, 2014.

**PER CURIAM**

ATTESTED TO:_____
Keith E. Hottle
Clerk of Court